Rene L. Valladares
Federal Public Defender
Nevada State Bar No. 11479
*Rick A. Mula
Assistant Federal Public Defender
Illinois State Bar No. 6331934
411 E. Bonneville Ave., Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577
Rick_Mula@fd.org

*Attorney for Defendant Kevan David Hoover

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| United States of America,<br><br>   Plaintiff,<br><br>  v.<br><br>Kevan David Hoover,<br><br>   Defendant. | Case No. 2:22-mj-00324-DJA<br><br>ORDER |

**Stipulation**

  Mr. Hoover was charged by complaint with three counts: (1) Operating a Motor Vehicle while Under the Influence of Alcohol (a violation of 36 C.F.R. § 4.23(a)(1)); (2) Operating a Motor Vehicle with a BAC of 0.08 Grams and Higher (a violation of 36 C.F.R. § 4.23(a)(2)); and (3) Speeding (a violation of 36 C.F.R. § 4.21(c)). (ECF No. 1.)

  Mr. Hoover entered a plea agreement (ECF No. 24), pleaded guilty to Count One, and was sentenced as follows: "Defendant is sentenced to one year unsupervised probation; $500.00 fine and $10.00 penalty assessment; attend and complete lower court DUI course and victim impact panel; successfully complete an

1  eight (8) hours online alcohol awareness course; and restricted from Lake Mead
2  National Recreational Area for six months. If the defendant completes his
3  conditions within the first six months of his unsupervised release, government
4  counsel will move to amend count one to Reckless Driving, see plea agreement."
5  (ECF No. 23.) Counts Two and Three were dismissed. (*Id.*)
6    Mr. Hoover now has completed the special conditions of his unsupervised
7  probation. Accordingly, the parties jointly request that the Court allow Mr. Hoover
8  to withdraw his guilty plea to Count One (Operating a Motor Vehicle Under the
9  Influence) and enter a plea of guilty to an Amended Count One: Reckless Driving.
10   Dated April 22, 2024.

Respectfully submitted,

| Rene L. Valladares | Jason Frierson |
| Federal Public Defender | United States Attorney |
| | |
| */s/ Rick Mula* | */s/ Randolph J. St. Clair* |
| Rick Mula | Randolph J. St. Clair |
| Assistant Federal Public Defender | Assistant United States Attorney |

**Proposed Order**

Based on the representations of counsel, the Court finds that Mr. Hoover has completed the requirements of his unsupervised probation in accordance with his plea agreement and sentence.

IT IS THEREFORE ORDERED that Mr. Hoover is permitted to withdraw his guilty plea to Count One: Operating a Motor Vehicle Under the Influence.

IT IS FURTHER ORDERED that the Court, consistent with the plea agreement and sentence, enters a plea of guilty to Amended Count One: Reckless Driving.

IT IS FURTHER ORDERED that the status conference set for April 26, 2024, at 11:30 AM is vacated and this case closed.

DATED this 24th day of April, 2024.

_____
DANIEL J. ALBREGTS
United States Magistrate Judge

3